UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

JS-6

## CIVIL MINUTES – GENERAL

| No. | 2:20-cv-10657-ODW (JPRx) | Date | November 24, 2021 |
|---|---|---|---|
| Title | *Jim Bishop v. Zhou Min Ni et al.* | | |

**Present: The Honorable** Otis D. Wright, II, United States District Judge

| Sheila English | Not reported | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not present | Not present |

**Proceedings (In Chambers):**

Pursuant to the parties' Joint Stipulated Dismissal Without Prejudice, (ECF No. 62), and Federal Rule of Civil Procedure 41(a)(1)(A)(ii), **IT IS HEREBY ORDERED** that:

1.  The entire action and all claims asserted therein are hereby **DISMISSED WITHOUT PREJUDICE**; and

2.  All dates and deadlines in this action are **VACATED** and taken off calendar.

The Clerk of the Court shall close this case.

**IT IS SO ORDERED**.

                                                            :      00

                              Initials of Preparer    SE